No. 318.   LYSFJORD ET AL., DOING BUSINESS AS AABETA COMPANY, *v.* FLINTKOTE COMPANY.   C. A. 9th Cir. Certiorari denied.   *Alfred C. Ackerson* for petitioners. *Harold A. Black* for respondent.

No. 320.   JAFFKE *v.* DUNHAM, TRUSTEE IN BANK-RUPTCY.   C. A. 7th Cir.   Certiorari denied.   *William M. Giffin* for petitioner.   *G. William Horsley* for respondent.

No. 326.   DOBBS *v.* LYKES BROS. STEAMSHIP Co., INC. C. A. 5th Cir.   Certiorari denied.   *Raymond H. Kierr* and *Samuel C. Gainsburgh* for petitioner.   *Andrew R. Martinez* for respondent.

No. 327.   WILSON *v.* OIL TRANSPORT Co., INC.   C. A. 5th Cir.   Certiorari denied.   *Raymond H. Kierr* and *Samuel C. Gainsburgh* for petitioner.   *Eberhard P. Deutsch* and *Brunswick G. Deutsch* for respondent.

No. 328.   GOODMAN, ADMINISTRATRIX, *v.* GRANGER, COLLECTOR OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied.   *Louis Caplan* and *Charles E. Kenworthey* for petitioner.   *Solicitor General Rankin, Acting Assistant Attorney General Stull, Robert N. Anderson* and *L. W. Post* for respondent.

No. 330.   ARKANSAS-MISSOURI POWER CORP. *v.* PAS-CHAL, ADMINISTRATRIX, ET AL.   C. A. 8th Cir.   Certiorari denied.   *P. A. Lasley* and *T. S. Lovett, Jr.* for petitioner.   *Solicitor General Rankin, Acting Assistant Attorney General Stull, Robert N. Anderson* and *Marvin Weinstein* for respondents.